AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

**JUDGE ENGELMAYER**

| | | |
|---|---|---|
| FORREST SOLUTIONS, INC. | ) | |
| *Plaintiff* | ) ) ) | |
| v. | ) | Civil Action No. |
| KATE POST | ) ) ) | **12 CV 1239** |
| *Defendant* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Kate Post
25 Hudson Street
Jersey City, New Jersey 07302

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Tannenbaum, Helpern, Syracuse & Hirschtritt LLP
900 Third Avenue
New York, New York 10022

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

RUBY J. KRAJICK

CLERK OF COURT

Date: 02/17/2012

*Signature of Clerk or Deputy Clerk*

| | |
|---|---|
| **STATE OF NEW YORK**  **COUNTY OF**  **UNITED STATES DISTRICT COURT**  **DISTRICT: SOUTHERN DISTRICT OF NEW YORK** | Index # __12 CIV 1239__  Filed on __February 17, 2012__ |

ATTORNEY(S): : Tannenbaum Helpern Syracuse & Hirschtritt LLP   PH: 212-508-6772
ADDRESS: 900 Third Ave  New York  NY  10022   File No.: 18065 0008

*Forrest Solutions, Inc.*

*Plaintiff(s)/Petitioner(s)*

vs

*Kate Post*

*Defendant(s)/Respondent(s)*

STATE OF NEW YORK, COUNTY OF WESTCHESTER:    **AFFIDAVIT OF SERVICE**

__Jonathan Yellon__, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in New York State. On __February 17, 2012__ at __2:23pm__, at __The ATeam Group, 15 W 36th St, 11th Fl, New York, NY 10018__, deponent served the within __Summons and Complaint, Plaintiff's Rule 7.1 Statement, Judge Engelmeyer's Rules, Civil Cover Sheet, Mag. Judge Cott's Rules, SDNY ECF Rules__

on: __Kate Post__, __Defendant__ therein named.

**#1 INDIVIDUAL** [ ]
By delivering a true copy of each to said recipient personally; deponent knew the person served to be the person described as said person therein.

**#2 ENTITY** [ ]
By delivering thereat a true copy of each to _____ personally, deponent knew the person so served to be the _____ of the entity authorized to accept service on behalf of the entity.

**#3 SUITABLE AGE PERSON** [x]
By delivering a true copy of each to __Jill Rosenfeld (Vice President)__ a person of suitable age and discretion. Recipient knew the respondent and confirmed said premises is respondent's: [x] actual place of business  [ ] dwelling house (usual place of abode) within the state.

**#4 AFFIXING TO DOOR** [ ]
By affixing a true copy of each to the door of said premises, which is recipient's: [ ] actual place of business  [ ] dwelling house (place of abode) within the state.
Deponent was unable, with due diligence to find recipient or a person of suitable age and discretion, having called thereat
on the ___ day of ___ at ___
on the ___ day of ___ at ___
on the ___ day of ___ at ___
on the ___ day of ___ at ___
Address confirmed by ___

**#5 MAIL COPY** [x]
On __February 17, 2012__, deponent completed service by depositing a true copy of each document to the above address in a 1st Class postpaid properly addressed envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of New York.

**#6 DESCRIPTION** [x]  (use with #1, 2 or 3)
A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:
Sex: __Female__   Color of skin: __White__   Color of hair: __Brown__   Age: __36 - 50 Yrs.__   Height: __5' 0" - 5' 3"__
Weight: __131 - 160 Lbs.__   Other Features: ___

**#7 WIT. FEES** [ ]
the authorized witness fee and / or traveling expenses were paid (tendered) to the recipient.

**#8 MILITARYSRVC** [x]
Deponent asked person spoken to whether the recipient was presently in military service of the United States Government or of the State of New York and was informed that recipient was not. Recipient wore ordinary civilian clothes and no military uniform.

**#9 OTHER** [ ]

Sworn to before me on __February 21, 2012__

*Maria A. Noeldechen* (signature)

**MARIA A NOELDECHEN**
**Notary Public, State of New York**
**Westchester County, Lic. #01NO6253002**
**Commission Expires 2/19/2015**

*Jonathan Yellon* (signature)

Jonathan Yellon
Server's Lic # 1343404
InvoiceWork Order 0946158

*INTER COUNTY JUDICIAL SERVICES LLC*