**TARTER KRINSKY & DROGIN LLP**
*Attorneys for Defendant*
1350 Broadway
New York, New York  10018
Tel: (212) 216-8000
Fax: (212) 216-8001

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
    FORREST SOLUTIONS, INC.,

                      *Plaintiff*,

      - against -

    KATE POST,

                      *Defendant*.
-----------------------------------------------------------------x

Case No. 12-Civ-1239 (PAE)

**NOTICE OF APPEARANCE**

**PLEASE TAKE NOTICE** that Tarter Krinsky & Drogin LLP has been retained as attorneys for defendant in the above-captioned action and respectfully requests that all papers be served upon the undersigned at the address set forth below.

Dated: New York, New York
       March 13, 2012

                                      **TARTER KRINSKY & DROGIN LLP**
                                      *Attorneys for Defendant*

                         By: _____
                                    Andrew N. Krinsky (AK-0997)
                                    Linda S. Roth (LR-8255)
                                    1350 Broadway
                                    New York, New York 10018
                                    Tel (212) 216-8000
                                    Fax (212) 216-8001
                                    akrinsky@tarterkrinsky.com
                                    lroth@tarterkrinsky.com