Engelmayer, S.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/14/12
```

UNITED STATES DISTRICT COURT
SOURTHERN DISTRICT OF NEW YORK
-------------------------------------------------------- x
FORREST SOLUTIONS, INC.,

                Plaintiff,

    -against-

KATE POST,

                Defendant.
-------------------------------------------------------- x

Case No. 12 Civ. 1239 (PAE)

**STIPULATION**

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned attorneys for the parties herein that defendant's time to move or answer with respect to the Complaint is extended up to and including April 2, 2012.

Dated: New York, New York
       March 8, 2012

TANNENBAUM HELPERN
SYRACUSE & HIRSCHTRITT LLP
*Attorneys for Plaintiff*

By: _____
    Joel A. Klarreich (JK    )
900 Third Avenue
New York, NY 10022
(212) 508-6700

TARTER KRINSKY & DROGIN LLP
*Attorneys for Defendant*

By: _____
    Linda S. Roth (LR 8255)
1350 Broadway
New York, NY 10018
(212) 216-8000

SO ORDERED: 3/13/12

Paul A. Engelmayer
U.S.D.J.

{Client/000999/AD104/00465069.DOC;1 }