UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ x
FORREST SOLUTIONS, INC.,

                *Plaintiff,*

        - against -                              12-CV-1239 (PAE) (JLC)

KATE POST

                *Defendant.*
------------------------------------------------------------------ x

## NOTICE OF APPEARANCE AND DEMAND

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

    PLEASE TAKE NOTICE, that Sarah E. Mendola of Tannenbaum Helpern Syracuse & Hirschtritt LLP has been retained as an attorney for Forrest Solutions, Inc., appears in this action, and requests that service of all papers, and notices of all proceedings in this action, be served upon the undersigned at the office and post office address listed below.

Dated: New York, New York
         April 5, 2012

                                    TANNENBAUM HELPERN
                                    SYRACUSE & HIRSCHTRITT LLP

                                    By: s/ Sarah E. Mendola
                                        Sarah E. Mendola

                                        900 Third Avenue
                                        New York, New York 10022
                                        (212) 508-7535
                                        Email – mendola@thsh.com

                                        *Attorneys for Plaintiff Forrest Solutions, Inc.*

[958777-1]