UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ x
FORREST SOLUTIONS, INC.,

                *Plaintiff,*

        - against -                          12-CV-1239 (PAE) (JLC)

KATE POST

                *Defendant.*

------------------------------------------------------------------ x

### AFFIDAVIT OF SERVICE BY U.S. REGULAR MAIL

STATE OF NEW YORK    )
                              ) ss.:
COUNTY OF NEW YORK )

       **Gail Burwa**, being duly sworn, deposes and says:

       I am not a party to this action, am over eighteen years of age, and reside in Whiting, New Jersey.

       On April 4, 2012, I served via U.S. regular mail true & correct copies of the **NOTICE OF INITIAL PRETRIAL CONFERENCE,** by depositing the true and correct copies thereof in a postpaid wrapper, in an official depository under the exclusive care and custody of the United States Postal Service within New York State, addressed to Linda Roth, Esq., Tarter Krinsky & Drogin LLP, 1350 Broadway, New York, New York 10018.

Dated: New York, New York
       April 5, 2012

                                         Gail Burwa
                                         Tannenbaum Helpern Syracuse Hirschtritt LLP
                                         900 Third Avenue
                                         New York, New York 10022
                                         (212) 508-6772

Sworn to before me this
5th day of April, 2012

_____
Notary Public

                                                         SARAH MENDOLA
                                                  Notary Public, State of New York
                                                     No. 02ME6248818
                                                   Qualified in Kings County
                                               Commission Expires October 17, 2015

[958777-1]