UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- x
FORREST SOLUTIONS, INC.,

                  *Plaintiff,*

       - against -                                 12-CV-1239 (PAE) (JLC)

KATE POST

                  *Defendant.*
------------------------------------------------------------------- x

## NOTICE OF APPEARANCE AND DEMAND

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

     PLEASE TAKE NOTICE, that Jamie B.W. Stecher of Tannenbaum Helpern Syracuse & Hirschtritt LLP has been retained as an attorney for Forrest Solutions, Inc., appears in this action, and requests that service of all papers, and notices of all proceedings in this action, be served upon the undersigned at the office and post office address listed below.

Dated: New York, New York
       April 5, 2012

                                          TANNENBAUM HELPERN
                                          SYRACUSE & HIRSCHTRITT LLP

                                            By: s/ Jamie B.W. Stecher
                                                 Jamie B.W. Stecher

                                                 900 Third Avenue
                                                 New York, New York 10022
                                                 (212) 508-6738
                                                 Email – stecher@thsh.com

                                             *Attorneys for Plaintiff Forrest Solutions, Inc.*