UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- x
FORREST SOLUTIONS, INC.,

                *Plaintiff,*

      - against -                                    12-CV-1239 (PAE) (JLC)

KATE POST

                *Defendant.*

------------------------------------------------------------------- x

## NOTICE OF APPEARANCE AND DEMAND

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

      PLEASE TAKE NOTICE, that Joel A. Klarreich of Tannenbaum Helpern Syracuse & Hirschtritt LLP has been retained as an attorney for Forrest Solutions, Inc., appears in this action, and requests that service of all papers, and notices of all proceedings in this action, be served upon the undersigned at the office and post office address listed below.

Dated: New York, New York
       April 5, 2012

                                        TANNENBAUM HELPERN
                                        SYRACUSE & HIRSCHTRITT LLP

                                        By:  s/ Joel A. Klarreich
                                              Joel A. Klarreich

                                              900 Third Avenue
                                              New York, New York 10022
                                              (212) 508-6747
                                              Email – jak@thsh.com

                                        *Attorneys for Plaintiff Forrest Solutions, Inc.*