UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- x
FORREST SOLUTIONS, INC.,

              *Plaintiff,*

      - against -                                 12-CV-1239 (PAE) (JLC)

KATE POST

              *Defendant.*

------------------------------------------------------------------- x
KATHLEEN POST a/k/a KATE POST,

              *Counterclaimant and*
              *Third Party Plaintiff,*

      - against –

FORREST SOLUTIONS, INC., STEVEN FORREST
and MITCHELL D. WEINER,

              *Counter Defendant and*
              *Third Party Defendants.*
-------------------------------------------------------------------x

## NOTICE OF APPEARANCE AND DEMAND

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

      PLEASE TAKE NOTICE, that Jamie B.W. Stecher of Tannenbaum Helpern Syracuse & Hirschtritt LLP has been retained as an attorney for Steven Forrest and Mitchell D. Weiner, appears in this action, and requests that service of all papers, and notices of all proceedings in this action, be served upon the undersigned at the office and post office address listed below.

Dated: New York, New York
April 5, 2012

TANNENBAUM HELPERN
SYRACUSE & HIRSCHTRITT LLP

By: s/ Jamie B.W. Stecher
Jamie B.W. Stecher

900 Third Avenue
New York, New York 10022
(212) 508-6738
Email – stecher@thsh.com

*Attorneys for Third Party Defendants Steven Forrest and Mitchell D. Weiner*

[958857-1]