UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- x

FORREST SOLUTIONS, INC.,                              :
                                                      :
                        *Plaintiff,*                  :
                                                      :
            - against -                               :            12-CV-1239 (PAE) (JLC)
                                                      :
KATE POST                                             :
                                                      :
                        *Defendant.*                  :
                                                      :
------------------------------------------------------------------- x

KATHLEEN POST a/k/a KATE POST,                        :
                                                      :
                  *Counterclaimant and*               :
                  *Third Party Plaintiff,*            :
                                                      :
            -   against –                             :
                                                      :
FORREST SOLUTIONS, INC., STEVEN FORREST               :
and MITCHELL D. WEINER,                               :
                                                      :
                  *Counter Defendant and*             :
                  *Third Party Defendants.*           :
-------------------------------------------------------------------x

## NOTICE OF APPEARANCE AND DEMAND


TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:


PLEASE TAKE NOTICE, that George F. du Pont of Tannenbaum Helpern

Syracuse & Hirschtritt LLP has been retained as an attorney for Steven Forrest and

Mitchell D. Weiner, appears in this action, and requests that service of all papers, and

notices of all proceedings in  this action, be served upon the undersigned at the office and

post office address listed below.

Dated: New York, New York
       April 5, 2012                     TANNENBAUM HELPERN
                                         SYRACUSE & HIRSCHTRITT LLP

                                         By:  s/ George F. du Pont_____
                                             George F. du Pont

                                             900 Third Avenue
                                             New York, New York 10022
                                             (212) 508-6743
                                             Email – dupont@thsh.com

                                         *Attorneys for Third Party Defendants Steven
                                         Forrest and Mitchell D. Weiner*

[958859-1]