UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------x
FORREST SOLUTIONS, INC., d/b/a       :
FORREST SOLUTIONS GROUP,             :
                                     :
            *Plaintiff*,              :
                                     :  12 Civ.1239 (PAE)
       -against-                     :
                                     :
KATE POST,                           :
                                     :
            *Defendant*,               :
                                     :
------------------------------------------------- x
KATHLEEN POST a/k/a KATE POST,       :
                                     :
            *Counterclaimant and*      :
            *Third-Party Plaintiff*,    :
                                     :
       -against-                     :
                                     :
FORREST SOLUTIONS, INC.,             :
STEVEN FORREST and MITCHELL          :
WEINER,                              :
                                     :
            *Counterclaims and*        :
            *Third-Party Defendant*.    :
------------------------------------------------------x

## ACKNOWLEDGEMENT OF SERVICE

     I, Sarah Mendola, Esq. of Tannenbaum Helpern Syracuse & Hirschtritt LLP, acknowledge that I am authorized to accept service of process on behalf of third-party defendants Steven Forrest and Mitchell Weiner in the above captioned action and I do hereby accept service of the following documents:

     1. An original Summons on a Third-Party Complaint directed to Mr. Forrest along with a copy of defendant, counterclaimant and third-party plaintiff's Answer, Counterclaims and Third-Party Claims; and

2. An original Summons on a Third-Party Complaint directed to Mr. Weiner along with a copy of defendant, counterclaimant and third-party plaintiff's Answer, Counterclaims and Third-Party Claims.

The foregoing documents were served upon me by hand delivery on April 5, 2012.

Dated: April 5, 2012

_____
Sarah Mendola, Esq.