Engelmeyer

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 4/18/12
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
FORREST SOLUTIONS, INC.,

            *Plaintiff,*

    - against -

KATE POST

            *Defendant.*

-----------------------------------------------------------x
KATHLEEN POST a/k/a KATE POST,

            *Counterclaimant and*
            *Third Party Plaintiff,*

    - against –

FORREST SOLUTIONS, INC., STEVEN FORREST
and MITCHELL D. WEINER,

            *Counter Defendant and*
            *Third Party Defendants.*
-----------------------------------------------------------x

12-CV-1239 (PAE) (JLC)

STIPULATION TO EXTEND TIME

**IT IS HEREBY STIPULATED AND AGREED** by and between the undersigned attorneys for the parties herein that Plaintiff Forrest Solutions, Inc., and Third-Party Defendants Steven Forrest and Mitchell Weiner's time to move or answer with respect to Defendant and Third-Party Plaintiff Kate Post's Counter-claims and Third-Party Complaint is extended up to and including May 2, 2012. Forrest Solutions, Inc.'s original time to respond to the Counter-claims was April 24, and Steven Forrest and Mitchell Weiner's original time to move or answer was April 26. Nor prior requests

[959189-1]

for adjournment or extensions of time have been requested by Forrest Solutions, Inc., Steven Forrest or Mitchell Weiner.

Dated: New York, New York
April 13, 2012

| | |
|---|---|
| TANNENBAUM HELPERN SYRACUSE & HIRSCHTRITT LLP | TARTER KRINSKY & DROGIN LLP |
| By: _____ Sarah E. Mendola 900 Third Avenue New York, New York 10022 (212) 508-7535 Email – mendola@thsh.com | By: _____ Linda S. Roth 1350 Broadway New York, New York 10018 (212) 216-8000 Email – lroth@tarterkrinksy.com |
| *Attorneys for Plaintiff Forrest Solutions, Inc.* | *Attorneys for Defendant and Third-Party Plaintiff Kate Post* |

SO-ORDERED: 4/17/12

_____
Paul A. Engelmayer
U.S.D.J.

[959189-1]