UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ x
FORREST SOLUTIONS, INC.,                             :
                                                     :
                *Plaintiff,*                     :
                                                     :
          - against -                             :      12-CV-1239 (PAE) (JLC)
                                                     :
KATE POST                                            :
                                                     :
               *Defendant.*                     :
------------------------------------------------------------------ x
KATHLEEN POST a/k/a KATE POST,                       :
                                                     :
             *Counterclaimant and*            :
             *Third Party Plaintiff,*         :
                                                     :
       - against –                              :
                                                     :
FORREST SOLUTIONS, INC., STEVEN FORREST              :
and MITCHELL D. WEINER,                              :
                                                     :
             *Counter Defendant and*          :
            *Third Party Defendants.*        :
------------------------------------------------------------------ x

## NOTICE OF WITHDRAWAL OF ATTORNEY APPEARANCE

Kindly withdraw the appearance of Sarah E. Mendola on behalf of Forest Solutions, Inc. Steven Forrest and Mitchell D. Weiner in connection with the above-captioned matter. The law firm of Tannenbaum Helpern Syracuse & Hirschtritt LLP will continue to represent Forest Solutions, Inc. Steven Forrest and Mitchell D. Weiner .

                                                                       Respectfully submitted,

                                  By:    <u>s/ Sarah E. Mendola</u>
                                           Sarah E. Mendola
                                           TANNENBAUM HELPERN SYRACUSE
                                                 & HIRSCHTRITT LLP
                                           900 Third Avenue,
                                           New York, New York 10022

(212) 508-6700
(212) 371-1084 (FAX)

*Attorneys for Plaintiff Forrest Solutions, Inc. and Third Party Defendants Steven Forrest and Mitchell D. Weiner*

Dated: November 30, 2012

[971503-1]