```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12/5/12
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

FORREST SOLUTIONS, INC.,

                       Plaintiff,

      -v-

KATE POST,

                       Defendant.

------------------------------------------------------------------X

12 Civ. 1239 (PAE)

ORDER OF
DISCONTINUANCE

PAUL A. ENGELMAYER, District Judge:

    The Court has received notice from Magistrate Judge James L. Cott, dated November 30, 2012, that the parties have reached a settlement in principle. All deadlines are hereby adjourned until further order of the Court.

    It is hereby ordered that the above-captioned action is discontinued without costs to any party and without prejudice to restoring the action to this Court's calendar if the application to restore the action is made within 45 days.

    SO ORDERED.

                                                              *Paul A. Engelmayer*
                                                              Paul A. Engelmayer
                                                              United States District Judge

Dated: December 4, 2012
       New York, New York